## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

STATE OF OHIO,                          )
                Plaintiff,              )
      v.                                )      No. 1:11-cv-539-JMS-MJD
                                     )
OLAKWESU Y. ELBEY,                      )
                Defendant.             )

### Entry Discussing Remand

For the reasons explained in this Entry, the action must be remanded to the Dayton Municipal Court.

### Discussion

Mr. Elbey was given a period of time in which to identify any plausible basis on which the underlying action, identified as No. 2011-TRD-1806 in the Dayton Municipal Court, could be properly removed to the United States District Court for the Southern District of Indiana and why it should not be summarily remanded to the Ohio state court. Mr. Elbey has responded to this court's order, but in doing so has not identified a plausible basis on which the underlying action, identified as No. 2011-TRD-1806 in the Dayton Municipal Court, could be properly removed to this court.

The removal statute, 28 U.S.C. § 1441(a), provides in part: "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." Pursuant to 28 U.S.C. § 1446(c)(4): "If it clearly appears on the face of the notice and any exhibits annexed thereto that removal should not be permitted, the court shall make an order for summary remand." That is the situation here because the Southern District of Indiana is not "the district court of the United States for the district . . . embracing the place where such action is pending."

A separate order consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 06/07/2011
_____

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Olakwesu Y. Elbey
4687 Marlin Ave.
Trotwood, OH 45406